**SIMS v. STATE.**

**No. 22509.**

Court of Criminal Appeals of Texas.

May 12, 1943.

No appearance for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was convicted of a violation of the liquor laws of Lubbock County, and assessed a fine of $100.

There are no bills of exceptions, no statement of facts, and no notice of appeal found in the record.

On account of a failure to find incorporated in the record a notice of appeal, this court is without jurisdiction herein.

The appeal is therefore dismissed.

**Fausto ARMENDARIZ, Appellant, v. STATE, Appellee.**

**No. 22569.**

Court of Criminal Appeals of Texas.

May 19, 1943.

Fryer & Milstead, of El Paso, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

The appellant has filed his personal affidavit, asking that his appeal be dismissed as he no longer desires to prosecute same. The request is granted and the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.